NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**APPLE INC.,**
*Plaintiff-Appellee,*

v.

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG
ELECTRONICS AMERICA, INC., AND SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC,**
*Defendants-Appellants.*

---

2012-1506

---

Appeal from the United States District Court for the Northern District of California in case no. 11-CV-1846, Judge Lucy H. Koh.

---

ON MOTION

---

ORDER

Samsung Electronics Co., Ltd. et al. move without opposition to voluntarily dismiss its appeal with prejudice.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

APPLE INC. V. SAMSUNG ELECTRONICS CO., LTD.                    2

(2)  Each side shall bear its own costs.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk


ISSUED AS MANDATE:    OCT 1 5 2012


s19